**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

**CHARLOTTE GORDON** and **SYNCERIA THOMPSON,** *Individually, and on behalf of themselves and other similarly situated current and former employees*,

      Plaintiffs,

        v.

**GLORIA'S HOME, LLC** and
**GLORIA PAGUES**, Individually

      Defendants.

**No**. 2:25-cv-02637

**FLSA Multi-Plaintiff Action
RULE 23 Class Action
JURY DEMANDED**

---

**CERTIFICATION FOR ENTRY OF DEFAULT**

---

I, J. Russ Bryant, attorney for Plaintiff in the above-titled action state that the Complaint and Summons in this action were served on Defendant Gloria's Homes, LLC. on June 23, 2025; that service was made by Process Server; that the time within which Defendant may plead or otherwise defend has expired; that the Defendant has not pled, answered, or otherwise defended, and the time for Defendant to answer, plead, or otherwise defend has not been extended.

Dated: February 17, 2026

      Respectfully Submitted,

      *s/J. Russ Bryant*
      J. Russ Bryant
      Attorney for Plaintiff