IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**CHARLOTTE GORDON** and **SYNCERIA THOMPSON,** *Individually, and on behalf of themselves and other similarly situated current and former employees*,

    Plaintiffs,

    v.

**GLORIA'S HOME, LLC** and
**GLORIA PAGUES**, Individually

    Defendants.

**No**. 2:25-cv-02637

**FLSA Multi-Plaintiff Action**
**RULE 23 Class Action**
**JURY DEMANDED**

---

### CERTIFICATION FOR ENTRY OF DEFAULT

---

I, J. Russ Bryant, attorney for Plaintiff in the above-titled action state that the Complaint and Summons in this action were served on Defendant Gloria Pagues on June 23, 2025; that service was made by Process Server; that the time within which Defendant may plead or otherwise defend has expired; that the Defendant has not pled, answered, or otherwise defended, and the time for Defendant to answer, plead, or otherwise defend has not been extended.

Dated: February 17, 2026

                                  Respectfully Submitted,

                                  *s/J. Russ Bryant*
                                J. Russ Bryant
                                Attorney for Plaintiff